UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM NESBIT,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBERT L. FORNARO, et al.,<br><br>    Defendant. | 2:11-CV-00092-PMP-GWF<br><br><u>ORDER</u> |

On March 31, 2011, the Honorable George W. Foley, Jr., United States Magistrate Judge entered Findings and Recommendations (Doc. #20) recommending that Defendants' Motion to Stay (Doc. #6) be granted and that Plaintiff's Emergency Counter Motion (Doc. #12) be denied.

On April 11, 2011, Plaintiff filed a motion titled "Plaintiff's Motion for Reconsideration of the Recommendation and Finding Dated March 31, 2011." (Doc. #23). Although, Plaintiff's filing is styled as a "Motion for Reconsideration," the Court deems it appropriate to treat Plaintiff's filing as Plaintiff's objections in accord with 28 U.S.C. § 636(b)(1)(C). The Court has conducted a *de novo* review of the proceedings before the Magistrate Judge, as well as, Defendants' Response in Opposition to Plaintiff's Motion (Doc. #32) and Plaintiff's Reply (Doc.'s #45 & #46). Based upon the *de novo review*, the Court finds that the recommendations of the Magistrate Judge should be approved and Plaintiff's objections thereto overruled.

**IT IS THEREFORE ORDERED that** the Findings and Recommendations of the Honorable George W. Foley, Jr., United States Magistrate Judge (Doc. #20) entered March 31, 2011 are hereby **AFFIRMED**, and Plaintiff's objections thereto (Doc. #23) are **OVERRULED**.

**IT IS FURTHER ORDERED that** Defendants' Motion to Stay (Doc. #6) is **GRANTED** and Plaintiff's Counter Motion (Doc. #12) is **DENIED**.

**IT IS FURTHER ORDERED that** the parties to this action shall file a Joint Status Report advising this Court of the progress in the *Leonelli* action on or before **November 10, 2011**, and at six month intervals thereafter until there is a final resolution of the *Leonelli* action.

DATED: May 12, 2011.

_____
PHILIP M. PRO
United States District Judge