# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM NESBIT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00092-PMP-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT L. FORNARO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff William Nesbit's Motion to Enlarge Time to Effectuate Service of Process (#49), Filed May 18, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff requests a 120 day enlargement of time to effect service of process upon the unserved defendants. According to Plaintiff, counsel for the unserved defendants has agreed to accept service. The Court finds Plaintiff has shown good cause for an extension of 60 days. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff William Nesbit's Motion to Enlarge Time to Effectuate Service of Process (#49) is **granted**. Plaintiff shall have until **July 22, 2011** to complete service of process upon the remaining defendants.

DATED this 24th day of May, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge