UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM NESBIT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT L. FORNARO, et al.,<br><br>　　　　　Defendants. | 2:11-CV-00092-PMP-GWF<br><br>**ORDER** |

　　　Plaintiff having failed to file a timely response in opposition to Defendants' Motion to Lift Stay and Motion to Dismiss (Doc. #52) filed September 16, 2011, and it further appearing that Defendants are entitled to the relief requested on the merits, and good cause appearing,

　　　**IT IS ORDERED that** Defendants' Motion to Lift Stay and Motion to Dismiss (Doc. #52) is **GRANTED** and that Plaintiff William Nesbit's Complaint is hereby **DISMISSED** with prejudice.

DATED: October 25, 2011.

_____
PHILIP M. PRO
United States District Judge