UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WILLIAM NESBIT, | ) | 2:11-CV-00092-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ROBERT L. FORNARO, et al., | ) | |
| Defendants. | ) | |

Plaintiff having failed to file a timely response in opposition to Defendants' Motion to Lift Stay and Motion to Dismiss (Doc. #52) filed September 16, 2011, and it further appearing that Defendants are entitled to the relief requested on the merits, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Lift Stay and Motion to Dismiss (Doc. #52) is **GRANTED** and that Plaintiff William Nesbit's Complaint is hereby **DISMISSED** with prejudice.

DATED: October 25, 2011.

PHILIP M. PRO
United States District Judge